IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANGIE ORTEGA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL B. MUKASEY, Attorney )<br>General of the United States, and EMILIO )<br>T. GONZALEZ, as Director of the Bureau )<br>of U.S. Citizenship and Immigration )<br>Services, )<br><br>Defendants. | No. 08 C 1121<br>Judge Manning<br><br>DEFENDANTS' MOTION TO<br>DISMISS |

COME NOW Defendants, by and through their undersigned counsel, and move to dismiss Plaintiff's Complaint for lack of subject matter jurisdiction under Immigration and Nationality Act ("INA") § 360(a)(1), 8 U.S.C. § 1503(a)(1) (1996). In support of this motion, Defendants state: 1) The Complaint should be dismissed for lack of subject matter jurisdiction under Immigration and Nationality Act ("INA") § 360(a)(1), 8 U.S.C. § 1503(a)(1) (1996); 2) Defendants have filed a memorandum in law in support of their position which is submitted herewith.

Dated: June 20, 2008

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

GREGORY G. KATSAS
Acting Assistant Attorney General

SHEILA MCNULTY
Assistant U.S. Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-8788

ELIZABETH J. STEVENS
Assistant Director, District Court Section

By:  /s/ Sheila McNulty on behalf of
Christopher W. Dempsey
CHRISTOPHER W. DEMPSEY
Trial Attorney, District Court Section
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
(202) 532-4110
(202) 305-7000 (fax)
Christopher.Dempsey@usdoj.gov