IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANGIE ORTEGA, | ) |
|           Plaintiff, | ) |
| v. | ) No. 08 C 1121 |
| | ) Judge Manning |
| MICHAEL B. MUKASEY, Attorney General of the United States, and EMILIO T. GONZALEZ, as Director of the Bureau of U.S. Citizenship and Immigration Services, | ) MOTION FOR LEAVE TO FILE OUT OF TIME |
|           Defendants. | ) |

Defendants, by and through undersigned counsel, hereby request leave to file a Reply to Plaintiff's Response to Government's Motion to Dismiss for Lack of Jurisdiction out of time.

The reply was due August 11, 2008.

Dated: August 13, 2008

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

SHEILA MCNULTY
Assistant U.S. Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-8788

GREGORY G. KATSAS
Acting Assistant Attorney General

ELIZABETH J. STEVENS
Assistant Director, District Court Section

By: /s/ Christopher W. Dempsey
CHRISTOPHER W. DEMPSEY
Trial Attorney, District Court Section
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
(202) 532-4110
(202) 305-7000 (fax)
Christopher.Dempsey@usdoj.gov