IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANGIE ORTEGA,<br><br>    Plaintiff,<br><br>  v.<br><br>MICHAEL B. MUKASEY, Attorney General of the United States, and EMILIO T. GONZALEZ, as Director of the Bureau of U.S. Citizenship and Immigration Services,<br><br>    Defendants. | No. 08 C 1121<br>Judge Manning<br><br>DEFENDANTS' NOTICE OF MOTION |

## NOTICE OF MOTION

To:   James A. Morsch
    Butler Rubin Saltarelli & Boyd LLP
    70 West Madison Street, Suite 1800
    Chicago, IL  60602-4257

PLEASE TAKE NOTICE that on August 19, 2008, at 11:00 a.m. at the opening of Court or as soon thereafter as counsel may be heard, I will appear before Judge Manning in the courtroom usually occupied by her in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in her place and stead, and then there present **DEFENDANTS' MOTION FOR LEAVE TO FILE OUT OF TIME** at which time and place you may appear, if you see fit.

Dated: August 13, 2008

                Respectfully submitted,

PATRICK J. FITZGERALD       GREGORY G. KATSAS
United States Attorney         Acting Assistant Attorney General

SHEILA MCNULTY          ELIZABETH J. STEVENS
Assistant U.S. Attorney         Assistant Director, District Court Section
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-8788            By: /s/ Christopher W. Dempsey
                CHRISTOPHER W. DEMPSEY
                Trial Attorney, District Court Section

U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
(202) 532-4110
(202) 305-7000 (fax)
Christopher.Dempsey@usdoj.gov