IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANGIE ORTEGA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 08 C 1121 |
| ) | Judge Manning |
| MICHAEL B. MUKASEY, Attorney ) | |
| General of the United States, and EMILIO ) | DEFENDANTS' NOTICE OF |
| T. GONZALEZ, as Director of the Bureau ) | MOTION |
| of U.S. Citizenship and Immigration ) | |
| Services, | |
| | |
| Defendants. | |

## NOTICE OF MOTION

To:   James A. Morsch
      Butler Rubin Saltarelli & Boyd LLP
      70 West Madison Street, Suite 1800
      Chicago, IL  60602-4257

PLEASE TAKE NOTICE that on August 26, 2008, at 11:00 a.m. at the opening of Court or as soon thereafter as counsel may be heard, I will appear before Judge Manning in the courtroom usually occupied by her in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in her place and stead, and then there present **DEFENDANTS' MOTION FOR ORAL ARGUMENT** at which time and place you may appear, if you see fit.

Dated: August 19, 2008

                                        Respectfully submitted,

| | |
|---|---|
| PATRICK J. FITZGERALD | GREGORY G. KATSAS |
| United States Attorney | Assistant Attorney General |
| | |
| SHEILA MCNULTY | ELIZABETH J. STEVENS |
| Assistant U.S. Attorney | Assistant Director, District Court Section |
| 219 South Dearborn Street | |
| Chicago, Illinois 60604 | |
| (312) 353-8788 | By: /s/ Christopher W. Dempsey |
| | CHRISTOPHER W. DEMPSEY |
| | Trial Attorney, District Court Section |

U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C.  20044
(202) 532-4110
(202) 305-7000 (fax)
Christopher.Dempsey@usdoj.gov