IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANGIE ORTEGA, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL B. MUKASEY, Attorney )<br>General of the United States, and EMILIO )<br>T. GONZALEZ, as Director of the Bureau )<br>of U.S. Citizenship and Immigration )<br>Services, )<br>)<br>    Defendants. ) | No. 08 C 1121<br>Judge Manning<br><br>MOTION FOR ORAL<br>ARGUMENT |

    Pursuant to Local Rule 78.3, Defendants hereby request a hearing on the merits of their Motion to Dismiss. The pending motion warrants a full opportunity for the Court to hear counsel develop their arguments and to permit counsel to respond to any questions raised by the Court about the legal issues presented, prior to a final decision. Defendants therefore request the Court schedule oral argument. Defendants estimate that no more than thirty minutes would be required for argument on this motion.

Dated: August 19, 2008

                                                    Respectfully submitted,

| | |
|---|---|
| PATRICK J. FITZGERALD<br>United States Attorney | GREGORY G. KATSAS<br>Assistant Attorney General |
| SHEILA MCNULTY<br>Assistant U.S. Attorney<br>219 South Dearborn Street<br>Chicago, Illinois 60604<br>(312) 353-8788 | ELIZABETH J. STEVENS<br>Assistant Director, District Court Section<br><br>By: /s/ Christopher W. Dempsey<br>CHRISTOPHER W. DEMPSEY<br>Trial Attorney, District Court Section<br>U.S. Department of Justice, Civil Division |

Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C.  20044
(202) 532-4110
(202) 305-7000 (fax)
Christopher.Dempsey@usdoj.gov

-2-