MITH

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| ANGIE ORTEGA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08 C 1121 |
| | ) | Judge Blanche M. Manning |
| ERIC H. HOLDER, JR., Attorney | ) | Magistrate Michael T. Mason |
| General of the United States, and | ) | |
| ALEJANDRO MAYORKAS, Director | ) | |
| of the Bureau of U.S. Citizenship and | ) | |
| Immigration Services, | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT AND ORDER

The Court having granted Plaintiff's motion for summary judgment on November 5, 2010, declares and orders as follows:

1. This case is remanded to the Chicago District Office of U.S. Citizenship and Immigration Services ("USCIS").

2. The Administrative Appeals Office of USCIS shall reopen and sustain Ortega's administrative appeal, and the Chicago District Office of USCIS shall issue Plaintiff a certificate of citizenship within 30 days of this Order.

3. Plaintiff agrees to bear her own costs and fees in exchange for the government waiving any appeal in this matter.

IT IS SO ORDERED this 22nd day of November, 2010

Blanche M. Manning

Honorable Blanche M. Manning
United States District Judge

11-22-2010

NOW COME the parties, by and through undersigned counsel, and hereby stipulate, agree, and consent to the foregoing judgment and order and expressly agree to abide by its terms.

Dated 19 November 2010

Respectfully submitted,

**s/ James Morsch**
JAMES A. MORSCH
Butler Rubin Saltarelli & Boyd LLP
70 West Madison Street, Suite 1800
Chicago, IL  60602-4257
Telephone: (312) 696-4457
Fax: (312) 444-9702
jmorsch@butlerrubin.com

Counsel for Plaintiff

**s/ Christopher W. Dempsey**
CHRISTOPHER W. DEMPSEY
Senior Litigation Counsel
Office of Immigration Litigation
U.S. Department of Justice, Civil Division
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Telephone: (202) 532-4110
Fax: (202) 305-7000
christopher.dempsey@usdoj.gov

Counsel for Defendants